IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3072 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JEFFERY R. OLSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's oral request for hearing on Rule 35(b) motion. Having considered the matter,

IT IS ORDERED that:

(1)  The government's oral request for hearing is granted;

(2)  A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 41) has been set before the undersigned United States district judge at 12:00 noon, on Monday, June 20, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska;

(3)  At the request of the defendant through his counsel, and with the agreement of the government, the defendant may be absent from the hearing on the Rule 35 motion;

(4)  The Marshal is directed not to return the defendant to the district; and

(5)  The defendant is held to have waived his right to be present.

DATED this 14th day of June, 2005.

BY THE COURT:
s/ Richard G. Kopf
United States District Judge