IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>JEFFREY R. OLSON,<br>　　　　Defendant. | 4:02CR3072<br><br>ORDER |

　　　　Defendant Jeffrey R. Olson appeared before the court on Wednesday, December 19, 2007 on a Petition for Warrant or Summons for Offender Under Supervision [52]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. Defendant was not entitled to a preliminary examination and the government did not request a detention hearing. Therefore, the defendant was released on current conditions of supervision.

　　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Kopf.
.

**IT IS ORDERED**:

　　　　1.　　A final dispositional hearing will be held before United States District Court Judge Richard G. Kopf, Courtroom No. 1, 100 Centennial Mall North, Lincoln, NE on **January 10, 2008 at 12:00 p.m.** Defendant must be present in person.

　　　　2　　The defendant is released on current conditions of supervision.

DATED this 20th day of December, 2007.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ F. A. Gossett
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge