**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:02CR3072 |
| Plaintiff, | ) ) ) | |
| vs. | ) | **ORDER** |
| JEFFREY R. OLSON, | ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED that the Defendant's Unopposed Motion to Consolidate with Case No. 8:07CR449 (filing 62) is denied.

March 10, 2008.                    BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge